PROBATION FORM NO. 35
(1/92)

**FILED**

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    v.

MICHAEL HORRIGAN

Crim #: 3:03CR00285(AWT)

Re: **Early Termination of Supervision**

On 3/19/04 the above named was placed on **PROBATION** for a period of **3 years** years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Vicki M. Stackpole
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 5th day of April, 2005.

Alvin W. Thompson
United States District Court Judge

RECEIVED
Apr 12  3 44 PM '05
U.S. ...

RECEIVED
Apr 11  12 53 PM '05
U.S. PROBATION OFFICE
HARTFORD

# MEMORANDUM

**To:** The Honorable Alvin W. Thompson
U.S. District Judge
Hartford, Connecticut

**From:** Vicki M. Stackpole
U.S. Probation Officer
New Haven, Connecticut

**Subject:** Michael Horrigan
Dkt No. 3:03CR00285(AWT)
<u>Early Termination Request</u>

**Date:** March 21, 2005

On March 19, 2003, Michael Horrigan appeared before Your Honor and was sentenced to a term of probation for three years for a violation of 18 U.S.C. § 371, Misdemeanor Conspiracy to Commit Criminal Copyright Infringement. The following mandatory conditions were imposed: (1) the defendant shall pay restitution, on a joint and several basis, with Justin McCobb, the defendant in case number 3:03CR256(AWT), in the amount of $4,149.00 to the victims of his offense, Auto Desk, Inc. and Adobe Systems, Inc., pursuant to 18 U.S.C. § 3663A, and shall timely pay all amounts in accordance with the restitution order, which will enter forthwith; interest is being waived; and (2) the defendant shall timely pay the $25.00 special assessment imposed herein. The following special conditions were ordered: (1) the defendant shall complete 300 hours of community service at the rate of 100 per year; (2) the defendant shall be prohibited from incurring new credit charges and or opening additional lines of credit without the approval of the U.S. Probation Office; and (3) the defendant shall provide the U.S. Probation Office access to any requested financial information.

Mr. Horrigan has been fully compliant while under supervision. Fortunately for him, his co-defendant paid the restitution in full. It has been verified that the defendant completed over 300 hours of community service. Additionally, he has been cooperative and has followed the instructions of the probation officer.

We request an early termination of probation as Mr. Horrigan meets the statutory requirements under 18 U.S.C. § 3564(c), as well as the general criteria of the Administrative Office of United States Courts, Office of Probation and Pretrial Service Monograph that governs the supervision of federal offenders. He has maintained full time

employment as a department manager at Wal-Mart throughout supervision and has recently inquired about and given serious consideration to joining the Army National Guard which would require him to complete basic training and schooling that would take place out of the state. At this time, I recommend that he be terminated from supervision as he has derived maximum benefit.

I am available at your convenience to discuss this matter further. However, if Your Honor agrees with the recommendation, please endorse the Form 35 that is attached to this memorandum.

April 5, 2005

_____    _____
Approved/Date                     Denied/Date
The Honorable Alvin W. Thompson   The Honorable Alvin W. Thompson
U.S. District Judge               U.S. District Judge

VMS/jme

Enclosure